LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCE DELIGHTS, LLC, a limited liability company; and WAEL R. ABDALLAH, an individual.<br><br>Defendants. | CASE NO. 2:15-CV-8280-DDP-AGR<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND STIPULATION FOR ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

Having reviewed and considered the Settlement Agreement and Stipulation for Entry of Judgment entered into by and between Plaintiff FRESHKO PRODUCE SERVICES INC., ("Freshko" or "Plaintiff") and Defendants PRODUCE DELIGHTS, LLC, ("Produce Delights"); and WAEL R. ABDALLAH ("WRA" or "Individual Defendant"), collectively, "the Parties," and good cause appearing therefor to the satisfaction of this Court,

IT IS HEREBY ORDERED that the Settlement Agreement and Stipulation for Entry of Judgment ("Settlement Agreement and Stipulation") is hereby GRANTED in its

1

entirety.

IT IS FURTHER ORDERED that the stipulated facts set forth at paragraphs 1 through 16 of the Settlement Agreement and Stipulation are hereby adopted by this Court as Findings of Fact.

IT IS FURTHER ORDERED that upon entry of this Order all sums held in the Rynn & Janowsky, LLP Client Trust Account for the benefit of Plaintiff, including but not limited to the $29,299.88 identified at paragraph 10 of the Settlement Agreement and Stipulation may be immediately released to Plaintiff.

IT IS FURTHER ORDERED that in the event of default as defined in the Settlement Agreement and Stipulation and only in the event of such default, Judgment for the full unpaid principal balance due of $491,246.20, plus the contractual finance charges and attorneys' fees described at paragraph 15 of the Settlement Agreement and Stipulation, less sums actually received by Freshko prior to default (including the deduction of all sums received from Coliman Pacific Corporation), may be immediately entered against Defendants, jointly and severally, in the form set forth in Exhibit 2 attached to the Settlement Agreement and Stipulation, in the U.S. District Court for the Central District of California. The actual amounts to be set forth in the judgment, if and when entry of judgment is requested, shall reflect the full unpaid principal balance due of $491,246.20 (less any sums received from Coliman Pacific Corporation), plus the contractual finance charges and attorneys' fees described in the Settlement Agreement and Stipulation, less any other sums actually received by Freshko prior to default.

IT IS FURTHER ORDERED that so long as Defendants are not in default of the terms of the Settlement Agreement and Stipulation, Plaintiff shall take no steps to enter or enforce the Judgment.

IT IS FURTHER ORDERED that in the event of default, the Judgment described above may be entered on an *ex parte* basis subject to Defendants' right to object to entry of judgment limited *solely* to the following grounds and no others: (a) whether default has in fact occurred; and, (b) whether the payment amounts acknowledged as received by

Plaintiff prior to default and the net principal balance due set forth on the judgment are correct.

IT IS FURTHER ORDERED that nothing in the Settlement Agreement and Stipulation is or shall be deemed to be a waiver or limitation of any rights Freshko may have under PACA, including, but not limited to, Freshko's PACA Trust rights, or Freshko's ability to enforce said trust rights against any person or entity liable to Freshko for breach of the PACA trust, all such rights being expressly reserved.

IT IS FURTHER ORDERED that the U.S. District Court for the Central District of California shall have and retain exclusive jurisdiction over the parties and subject matter herein in order to enforce or interpret the provisions of this Stipulation and to enter and enforce judgment hereon.

IT IS FURTHER ORDERED that upon entry of this Order Plaintiff's Complaint shall be and hereby is dismissed pending payment of the sums due under the Settlement Agreement and Stipulation, but said dismissal shall be without prejudice and subject to immediate reopening to either enforce or interpret the terms of the Settlement Agreement and Stipulation and/or to enter and enforce judgment as contemplated therein.

SO ORDERED.

Dated: September 23, 2016

_____
HON. DEAN D. PREGERSON
Judge, U.S. District Court

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953