IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCE DELIGHTS, LLC, a limited liability company; and WAEL R. ABDALLAH, an individual.<br><br>Defendants. | CASE NO. 2:15-CV-8280-DDP (AGRx)<br><br>**JUDGMENT** |

Upon review of the Ex Parte Application to Enter Judgment Pursuant to the Stipulation as to Defendants Produce Delights LLC, and Wael R. Abdallah, and the Declaration of Patricia J. Rynn, it is hereby adjudged that Plaintiff Freshko Produce Services Inc., is entitled to judgment against defendants Produce Delights, LLC, and Wael R. Abdallah, jointly and severally, in the total amount of $653,186.27, as separately set forth below, all of which qualifies for trust protection under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, et seq.]:

(i) Principal in the amount of $385,948.32;

(ii) Pre-judgment finance charges at the rate of 18% per annum from the date each payment obligation fell due through March 7, 2017, in the amount of $101,271.54;

(iii) Cost of suit in the amount of $10,138.41;

(iv) Attorney's fees of $155,828.00; and

(v) Post judgment interest charges at the rate of 18% per annum from entry of this Judgment on all principal sums due hereunder until fully paid.

IT IS SO ORDERED.

The Clerk shall enter judgment forthwith.

DATED: April 13, 2017

Hon. Dean D. Pregerson
Judge, U.S. District Court